UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

JOHN WAYNE KENYON JR                          CASE NO. 20-10023
THEARESSA TURNER KENYON                       JUDGE BENJAMIN A. KAHN
1949 TURNER RD
MEBANE, NC  27302

    DEBTORS

SSN(1) XXX-XX-9258    SSN(2) XXX-XX-3762           DATE: 10/08/2020

---

### REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT: .00%<br>NAME ID: 1735<br>CLAIM #: 0015 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| CITIFINANCIAL<br>300 SAINT PAUL PL<br>BALTIMORE, MD  21202 | $0.00<br>INT: .00%<br>NAME ID: 117181<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1232<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,296.69<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 0853<br>COMMENT:  CLASS B,920OR,820TFCL |
| REGIONAL FINANCE<br>1331 MEBANE OAKS RD<br>MEBANE, NC  27302 | $0.00<br>INT: .00%<br>NAME ID: 156739<br>CLAIM #: 0007 | (S) SECURED<br>NOT FILED<br>ACCT: 2228<br>COMMENT: |
| RFC<br>1331 MEBANE OAKS RD<br>MEBANE, NC  27302 | $0.00<br>INT: .00%<br>NAME ID: 152202<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0535<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $1,706.13<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 4777<br>COMMENT:  CLASS B,920OR |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 171620<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5147<br>COMMENT: |
| SYNCHRONY BANK/JCP<br>ATTN BANKRUPTCY<br>P O BOX 956060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 180775<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2757<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| THE BANK OF NEW YORK MELLON FKA ET AL<br>% CARRINGTON MORTGAGE SVCS LLC<br>P O BOX 3730<br>ANAHEIM, CA  92806 | MONTHLY PMT  $810.89<br>INT:  .00%<br>NAME ID:  171801<br>CLAIM #:  0001 | (H) ONGOING-SECURED<br><br>ACCT:  3870<br>COMMENT:  DT RERP,CTD EFF MAY20,320A |
| THE BANK OF NEW YORK MELLON FKA ET AL<br>% CARRINGTON MORTGAGE SVCS LLC<br>P O BOX 3730<br>ANAHEIM, CA  92806 | $10,927.54<br>INT:  .00%<br>NAME ID:  171801<br>CLAIM #:  0002 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  3870<br>COMMENT:  ARR THRU JAN20 |
| THE BANK OF NEW YORK MELLON FKA ET AL<br>% CARRINGTON MORTGAGE SVCS LLC<br>P O BOX 3730<br>ANAHEIM, CA  92806 | $2,432.67<br>INT:  .00%<br>NAME ID:  171801<br>CLAIM #:  0003 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  3870<br>COMMENT:  ARR FEB THRU APR20 |
| THE BANK OF NEW YORK MELLON FKA ET AL<br>% CARRINGTON MORTGAGE SVCS LLC<br>P O BOX 3730<br>ANAHEIM, CA  92806 | $450.00<br>INT:  .00%<br>NAME ID:  171801<br>CLAIM #:  0016 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT:  3870<br>COMMENT:  POST PET FEES |
| VERIZON WIRELESS<br>ATTN BANKRUPTCY<br>500 TECHNOLOGY DR STE 500<br>WELDON SPRINGS, MO  63304 | $0.00<br>INT:  .00%<br>NAME ID:  180776<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0001<br>COMMENT: |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | MONTHLY PMT  $263.42<br>INT:  .00%<br>NAME ID:  171334<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT:  9004<br>COMMENT:  DT RERP,CTD EFF W/ MAY20 |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $1,366.83<br>INT:  .00%<br>NAME ID:  171334<br>CLAIM #:  0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  9004<br>COMMENT:  ARR THRU JAN20 |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $790.26<br>INT:  .00%<br>NAME ID:  171334<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  9004<br>COMMENT:  ARR FEB THRU APR20 |
| **TOTAL:** | **$21,096.43** | |
| STEVEN KENT TAYLOR ESQ<br>TAYLOR LAW OFFICE PC<br>2280 S CHURCH ST STE 203<br>BURLINGTON, NC  27215 | $3,935.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/08/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
Attorney for Debtors - Electronic Notice